· MORRIS POLLACK v. DAVID M. GOODSTEIN, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *ante*, p. 997.]

In the Matter of 184 REALTY CORPORATION. LEO NEWHOUSE & Co., INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 922.]

ADRIA JORSLING et al. v. ALBERTINE MCLEAN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 924.]

## SECOND DEPARTMENT, JUNE, 1946.

### (June 3, 1946.)

BARNET S. BOOKSTAVER, Respondent, v. JOHN DONOHUE, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ. [See *ante*, p. 907.]

NICHOLAS CASTROGIOVANNI, Respondent, v. ALFRED D'ANNA, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ.

HARRY COMORAW, Appellant-Respondent, v. CITY OF NEW YORK, Respondent-Appellant.— Motion referred to the court that rendered the decision. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. Motion for reargument denied, without costs. Present — Lewis, P. J., Hagarty, Carswell, Aldrich and Nolan, JJ. [See *ante*, p. 901.]

COUNTY OF NASSAU, Respondent, v. ADAM GABRIEL et al., Defendants, and WILLIAM E. CANNING, Appellant— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *ante*, p. 895.]

ELIAS GRANICH, Respondent, v. ISAAC STOLOVITZ, Appellant.— Motion for second reargument of appeal denied, with $10 costs. Present — Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ. [See *ante*, pp. 899, 944.]

ANNETTE GRANT, Respondent, v. HARRY GOTTBETTER et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under a Deed of Trust Dated February 14, 1916, Respondent, v. NEW YORK TRUST COMPANY, as Executor and Trustee under the Will of CORNELIUS J. SULLIVAN, Deceased, et al., Appellants; HELEN SULLIVAN et al., Appellants-Respondents; SULLIVAN, DONOVAN & HEENEHAN and ELI WHITNEY DEBEVOISE, Attorneys-Respondents, et al., Defendants.— Motions for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Adel, Aldrich and Nolan, JJ. [See *ante*, p. 937.]